1 | **ROCKARD J. DELGADILLO**, City Attorney - SBN 125465x
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2 | **CORY M. BRENTE**, Supervising Assistant City Attorney
**COLLEEN R. SMITH**, Deputy City Attorney - SBN 209719
3 | 6th Floor, City Hall East
200 North Main Street
4 | Los Angeles, CA 90012
E-Mail: colleen.smith@lacity.org
5 | Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

6 | *Attorneys for Defendants* **CITY OF LOS ANGELES, VICTOR MARTINEZ, and BRIAN REYNOLDS**

FILED
CLERK, U.S. DISTRICT COURT

MAY 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FELIPE REYES, an individual, | CASE NO.: **CV08-03672 SVW (RCx)** |
| Plaintiffs, | [PROPOSED] **JUDGMENT RE: OFFICERS VICTOR MARTINEZ, BRIAN REYNOLDS AND THE CITY OF LOS ANGELES** |
| vs. | |
| CITY OF LOS ANGELES, a local public entity, CHIEF WILLIAM BRATTON, and DOES 1-15, inclusive, | |
| Defendants. | Judge: **Hon. Stephen V. Wilson** |
| | Magistrate: **Hon. Rosalyn M. Chapman** |

This action came on regularly for trial on April 28, 2009, in Courtroom "6" of the United States District Court, Central District of California, Central Division, the Honorable Stephen V. Wilson, Judge Presiding. The Plaintiff FELIPE REYES, was present and represented by attorneys Aaron Sansing and Arvand Naderi and the Defendants VICTOR MARTINEZ and BRIAN REYNOLDS, were present and represented by attorneys Colleen R. Smith and Cory M. Brente.

Before the trial, Plaintiff dismissed each and all of his claims against the CITY OF LOS ANGELES and his claims for punitive damages against VICTOR MARTINEZ and

1  BRIAN REYNOLDS. Plaintiff FELIPE REYES also dismissed his claims for assault
2  and battery against Defendants VICTOR MARTINEZ and BRIAN REYNOLDS.
3      A jury of 8 persons was regularly impaneled and sworn on April 28, 2009.
4  Witnesses were sworn and testified. After hearing the evidence and arguments of
5  counsel, the jury was duly instructed by the Court, and the cause was submitted to the
6  jury with directions to return a verdict on the remaining issues. The jury deliberated and
7  thereafter returned into the court with its verdict consisting of the issues submitted to the
8  jury and the answers given thereto by the jury, which said in words and figures as
9  follows, to-wit:

10

11  **JUDGMENT ON SPECIAL VERDICT**

12

13  **QUESTION NO. 1:** Do you find that the officers used excessive force on the Plaintiff?
14                 Officer Brian Reynolds _____Yes  __**✗**__ No
15                 Officer Victor Martinez _____Yes  __**✗**__ No

16

17  **QUESTION NO. 2:** If you answered no to both questions, then do not proceed any
18  further. If you answered yes to either or both questions, then please state the dollar
19  amount that the defendants should pay to compensate the plaintiff for that harm:
20                 Officer Brian Reynolds _____
21                 Officer Victor Martinez _____

22

23  Please date, sign, and return this form. Thank you.

24

25  DATED: _____

26                 FOREPERSON OF THE JURY,
               VIOLETA GARI

27

28

1    By reason of dismissals of Plaintiff, the rulings of the Court, and the special

2    verdict, Defendants CITY OF LOS ANGELES, VICTOR MARTINEZ and BRIAN

3    REYNOLDS are entitled to judgment against Plaintiff FELIPE REYES.

4    Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff

5    FELIPE REYES, have and recover nothing by reason of each and all his claims as set

6    forth in the Complaint against Defendants CITY OF LOS ANGELES, VICTOR

7    MARTINEZ and BRIAN REYNOLDS and that Defendants shall recover their costs in

8    accordance with Local Rule 54.

9

10   DATED: _____5/21/09_____

11

12                          **HONORABLE STEPHEN V. WILSON**
                            **UNITED STATES DISTRICT COURT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Miscellaneous Filings (Other Documents)

2:08-cv-03672-SVW-RC Felipe Reyes v. City of Los Angeles et al

(RCx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Smith, Colleen on 5/4/2009 at 4:00 PM PDT and filed on 5/4/2009

| | |
|---|---|
| **Case Name:** | Felipe Reyes v. City of Los Angeles et al |
| **Case Number:** | 2:08-cv-3672 |
| **Filer:** | Martinez |
| | City of Los Angeles |
| | Reynolds |

**Document Number:** 45

**Docket Text:**
**Defendants' Notice of Lodging [Proposed] Judgment Re: Officers Victor Martinez, Brian Reynolds and The City of Los Angeles filed by Defendants City of Los Angeles, Martinez, Reynolds (Attachments: # (1) Proposed Order Judgment)(Smith, Colleen)**

**2:08-cv-3672 Notice has been electronically mailed to:**

Aaron Sansing     asansing@hotmail.com

Arvand Mahdavi Naderi     wehatejail@hotmail.com

Colleen R Smith     colleen.smith@lacity.org, atty.pluorders@lacity.org, kathy.finan@lacity.org

Cory M Brente     cory.brente@lacity.org, atty.pluorders@lacity.org, melinda.crowe@lacity.org

**2:08-cv-3672 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\PLU\KFINAN\EFILING\Defts Ntc Lodging Prop Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/4/2009] [FileNumber=7719461-0]
[3168b80c6d1592d18d73368c853b8f77fda466cab63b8e61a97a0682db56362e3594c
b4dc5c1c57b33a1b6b032afb5b3ffefdab22881c80654f7a7e78b6f7a4e]]
**Document description:** Proposed Order Judgment
**Original filename:** M:\PLU\KFINAN\EFILING\Prop Judgment Re Ofcrs Martinez, Reynolds & City of L.A..pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/4/2009] [FileNumber=7719461-1]
[7b81f2a9b6004f6d4f376004ffceb3962f40f3d4dd71d9bd48a64b689533ba3f597de