1  **ROCKARD J. DELGADILLO**, City Attorney - **SBN 125465x**
   **MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2  **CORY M. BRENTE**, Supervising Assistant City Attorney
   **COLLEEN R. SMITH**, Deputy City Attorney - **SBN 209719**
3  6th Floor, City Hall East
   200 North Main Street
4  Los Angeles, CA  90012
   E-Mail:  colleen.smith@lacity.org
5  Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

6  *Attorneys for Defendants* **CITY OF LOS ANGELES, VICTOR MARTINEZ, and BRIAN REYNOLDS**

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FELIPE REYES, an individual,<br><br>                            Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a local public entity, CHIEF WILLIAM BRATTON, and DOES 1-15, inclusive,<br><br>                            Defendants. | CASE NO.: CV08-03672 SVW (RCx)<br><br>**DEFENDANTS CITY OF LOS ANGELES, VICTOR MATINEZ AND BRIAN REYNOLDS' NOTICE OF APPLICATION TO CLERK TO TAX COSTS**<br><br>*[Filed concurrently with Defendants' Bill of Costs]*<br><br>Judge:   **Hon. Stephen V. Wilson**<br>Magistrate: **Hon. Rosalyn M. Chapman** |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants **CITY OF LOS ANGELES, VICTOR MARTINEZ, and BRIAN REYNOLDS** on June 18, 2009 at 11:00 a.m. will submit

/ / /

/ / /

1 an application to the Clerk of the above- entitled court, located at 312 N. Spring Street,
2 Room 917, Los Angeles, California 90012.

DATED: May 28, 2009

**ROCKARD J. DELGADILLO**, City Attorney
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**COLLEEN R. SMITH**, Deputy City Attorney

By _____
      **COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendants* **CITY OF LOS ANGELES, VICTOR MARTINEZ, and BRIAN REYNOLDS**