# UNITED STATES DISTRICT COURT
Central District of California

**FELIPE REYES, an individual**

**BILL OF COSTS**

V.

Case Number: **CV08-03672 SVW (RCx)**

**CITY OF LOS ANGELES, et al.**

Judgment having been entered in the above entitled action on  **May 18, 2009**  against  **Plaintiff Felipe Reyes**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ | 350.00 |
| Fees for service of summons and subpoena  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) <br> 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation . . . . . . . . . . . . <br> 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | <br><br> <br><br><br><br> 1,000.66 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <br> (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 347.44 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case  . . . . . . . . . . . . . . . | 547.90 |
| Docket fees under 28 U.S.C. 1923 (if incurred) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . . . | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 2,246.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **Filed and served by e-filing.**                .

_____
Signature of Attorney

**Colleen R. Smith**
Name of Attorney

For: **Defendants City of Los Angeles, Victor Martinez & Brian Reynolds**     Date: **May 28, 2009**
Name of Claiming Party

Costs are taxed in the amount of _____

_____   By: _____   _____
Clerk of Court                          Deputy Clerk                              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Corazon Tolentino, Chatsworth, CA | | 40.00 | | | 62.0 | 30.07 | 70.07 |
| Jeremy Martinez, M.D., North Hills, CA | | 40.00 | | | 45.0 | 22.31 | 62.31 |
| Jeffrey Cardens, M.D., Sylmar, CA | | 40.00 | | | 54.0 | 26.19 | 66.19 |
| Rais Bashir Vohra, M.D., Sylmar, CA | | 40.00 | | | 54.0 | 26.19 | 66.19 |
| Obie Robert Hicks, M.D., Simi Valley, CA | | 40.00 | | | 87.0 | 42.68 | 82.68 |
| | | | | | | TOTAL | 347.44 |

# RE

# FELIPE REYES

# v.

# CITY OF LOS ANGELES et al.

# USDC Case No. CV08-03672 SVW (RCx)

## DEPOSITION COSTS

| Deponent | Date | Witness Fee | Deposition Transcript | Vendor | Sub-total |
|---|---|---|---|---|---|
| Felipe Reyes | 11-06-08 | | 1,000.66 | U.S. Legal Support | 1,000.66 |
| | | | | | |
| Total | | | | | $1,000.66 |

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone: 818-995-0600   Fax: 818-995-4248

ENTERED

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 234784 | 11/10/2008 | 160238 |
| Job Date | Case No. | |
| 11/6/2008 | | |

**Case Name**

Felipe Reyes v. C/LA

**Payment Terms**

Due upon receipt

Colleen Smith
Office of the City Attorney
200 North Main Street
600 City Hall East
Los Angeles, CA 90012-4130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Felipe Reyes | 118.00 Pages | @ | 4.50 | 531.00 |
| 3-Day Expedite | | | | 424.80 |
| Exhibit | 2.00 Pages | @ | 0.20 | 0.40 |
| 1. Parking | | | 0.00 | 0.00 |
| 1. UPS Next Day Air | 2.00 | @ | 22.23 | 44.46 |
| Waiting | 1.75 Hours | @ | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$1,000.66** |

Expedite

APPROVED NOV 13 2008 By:

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0535987                                                                                                   Phone: 213-978-6900   Fax: 213-978-8315

*Please detach bottom portion and return with payment.*

Colleen Smith
Office of the City Attorney
200 North Main Street
600 City Hall East
Los Angeles, CA 90012-4130



REMITTANCE ADDRESS CHANGE
PO BOX 79637
CITY OF INDUSTRY, CA 91716-9637

Job No.      : 160238            BU ID         : 40-GG
Case No.     :
Case Name    : Felipe Reyes v. C/LA

Invoice No.  : 234784            Invoice Date  : 11/10/2008
**Total Due** : **$ 1,000.66**

Remit To: U.S. Legal Support (CA Reporting)
P O Box 79637
City of Industry, CA 91716-9637



PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature:

RE

FELIPE REYES

v.

CITY OF LOS ANGELES et al.

USDC Case No. CV08-03672 SVW (Rcx)

# FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| DATE | VENDOR | AMOUNT |
|---|---|---|
| 11-06-08 | CopyPage | 86.00 |
| 11-19-08 | CopyPage | 49.39 |
| 11-26-08 | CopyPage | 88.05 |
| 01-29-09 | CopyPage | 50.62 |
| 04-21-09 | Image Quest | 226.15 |
| 04-30-09 | CopyPage | 47.69 |
|  |  |  |
| Total |  | $547.90 |

5

CopyPage
20809 Higgins Court
Torrance, CA 90501
424-201-4440
Tax ID: 95-438-4222



## Invoice

| Date | Invoice No. |
|---|---|
| 11/6/2008 | 92689 |

**Bill to:**

Los Angeles City Attorney
200 North Main Street, City Hall East, Room 600
Los Angeles, CA 90012
Attn:Colleen Smith

| Quantity | Description | Rate Per Unit | Total |
|---|---|---|---|
| 1 | Basic Federal | $30.00 | $30.00 |
| 180 | Bate Labeling | $0.04 | $7.20 |
| 180 | Pages | $0.15 | $27.00 |
|  | Sales Tax @ 8.25% |  | $5.30 |
|  | Witness Fees |  | $15.00 |
|  | Fee Advancement Charge | 10% | $1.50 |

**Order Information**

Case Number: CV08-03672 SVW (RCx)
Records Subject: Felipe Reyes
Location of Records: Olive View-UCLA Medical Center
Medical Records
14445 Olive View Drive
Sylmar, CA 91342

| | |
|---|---|
| Total Charges: | $86.00 |
| - Amount Paid: | $0.00 |
| = Balance Due: | $86.00 |

APPROVED
DEC 29 2008
By:

Please send payment to CopyPage          at the address listed at the top of
this invoice.
Your business and your prompt payment are greatly appreciated.



CopyPage
20809 Higgins Court
Torrance, CA 90501
424-201-4440
Tax ID: 95-438-4222

# Invoice

| Date | Invoice No. |
|---|---|
| 11/19/2008 | 92691 |

**Bill to:**

Los Angeles City Attorney
200 North Main Street, City Hall East, Room 600
Los Angeles, CA 90012
Attn: Colleen Smith

| Quantity | Description | Rate Per Unit | Total |
|---|---|---|---|
| 1 | Basic Federal | $30.00 | $30.00 |
| 2 | Pages | $0.15 | $0.30 |
| 2 | Bate Labeling | $0.04 | $0.08 |
|  | Sales Tax @ 8.25% |  | $2.51 |
|  | Witness Fees |  | $15.00 |
|  | Fee Advancement Charge | 10% | $1.50 |

**Order Information**

Case Number: CV08-03672 SVW (RCx)
Records Subject: Felipe Reyes
Location of Records: Olive View-UCLA Medical Center
Radiology
14445 Olive View Drive
Sylmar, CA 91342

| | |
|---|---|
| Total Charges: | $49.39 |
| - Amount Paid: | $0.00 |
| = Balance Due: | $49.39 |

APPROVED
DEC 29 2008
By:

Please send payment to CopyPage at the address listed at the top of this invoice.
Your business and your prompt payment are greatly appreciated.

Payment Terms: Payment due upon receipt

CopyPage
20809 Higgins Court
Torrance, CA  90501
424-201-4440
Tax ID: 95-438-4222



**Invoice**

| Date | Invoice No. |
|---|---|
| 11/26/2008 | 92936 |

**Bill to:**

Los Angeles City Attorney
200 North Main Street, City Hall East, Room 600
Los Angeles, CA  90012
Attn:Colleen Smith

| Quantity | Description | Rate Per Unit | Total |
|---|---|---|---|
| 1 | Basic Federal | $30.00 | $30.00 |
| 190 | Bate Labeling | $0.04 | $7.60 |
| 190 | Pages | $0.15 | $28.50 |
| | Sales Tax @ 8.25% | | $5.45 |
| | Witness Fees | | $15.00 |
| | Fee Advancement Charge | 10% | $1.50 |

**Order Information**

Case Number: CV08-03672 SVW (RCx)
Records Subject: Felipe Reyes
Location of Records: Jose Manuel Gonzalez, M.D., Medicina Familiar
13500 Van Nuys Blvd.
Pacoima, CA 91331

| | |
|---|---|
| Total Charges: | $88.05 |
| - Amount Paid: | $0.00 |
| = Balance Due: | $88.05 |

APPROVED
DEC 29 2008
By: CRS

Please send payment to CopyPage at the address listed at the top of this invoice.
Your business and your prompt payment are greatly appreciated.

CopyPage
20809 Higgins Court
Torrance, CA 90501
424-201-4440
Tax ID: 95-438-4222



### Invoice

| Date | Invoice No. |
|---|---|
| 1/29/2009 | 92690 |

**Bill to:**

Los Angeles City Attorney
200 North Main Street, City Hall East, Room 600
Los Angeles, CA 90012
Attn:Colleen Smith

| Quantity | Description | Rate Per Unit | Total |
|---|---|---|---|
| 1 | Basic Federal | $30.00 | $30.00 |
| 8 | Bate Labeling | $0.04 | $0.32 |
| 8 | Pages | $0.15 | $1.20 |
|   | Sales Tax @ 8.25% |  | $2.60 |
|   | Witness Fees |  | $15.00 |
|   | Fee Advancement Charge | 10% | $1.50 |

**Order Information**

Case Number: CV08-03672 SVW (RCx)
Records Subject: Felipe Reyes
Location of Records: Olive View-UCLA Medical Center
Billing Records
14445 Olive View Drive
Sylmar, CA 91342

| Total Charges: | $50.62 |
|---|---|
| - Amount Paid: | $0.00 |
| = Balance Due: | $50.62 |



Please send payment to CopyPage   the address listed at the top of
9 this invoice.
Your business and your prompt payment are greatly appreciated.

# Image Quest Plus, LLC

275 So. Lake Ave.
Pasadena, CA 91101
626.744.1333 - FAX 626.744.9905

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/21/2009 | 24458 |

**BILL TO**

Office of the City Attorney
Police Litigation Unit 6th Floor
City Hall East, 200 N. Main St.
Los Angeles, CA 90012

| P.O. NO. | TERMS | DUE DATE | SALESPER... | SHIP DATE | TAX I.D. #35-2199466 |
|---|---|---|---|---|---|
| KATHY FINAN | Net 30 | 5/21/2009 | RAY | 4/21/2009 | |

| DESCRIPTION | QTY | RATE | CLASS | AMOUNT |
|---|---|---|---|---|
| TRIAL BOARD - COLOR, MOUNTED (24"X36") | 3 | 69.00 | TRIAL BOARDS | 207.00T |
| CLIENT/MATTER # FELIPE REYES V CITY OF LOS ANGELES, ET AL - USDC CASE NO. CV08-03672 9.25% TAX | | 9.25% | | 19.15 |

APPROVED
APR 23 2009
BY: [signature]

Thank you for choosing IQ.

**Total** $226.15

INVOICE TERMS: NET 15 DAYS 1 1/2% LATE CHARGE PER MONTH ON PAST DUE BALANCES. WE ACCEPT VISA/MASTER CARD AND AMERICAN EXPRESS.

CP Document Technologies
P.O. Box 64-457
Los Angeles, CA 90064

(310)203-9525



# Invoice

| DATE | INVOICE # |
|---|---|
| 04/30/2009 | 109040466 |
| TERMS | DUE DATE |
| Net 30 | 05/30/2009 |

**BILL TO**

City Attorney's Office
Attn: Kathy Finan   —C. Smith
200 N. Main Street, MS140, W-59
700 City Hall East
Los Angeles, CA 90012

Case # CV08-03672

| SHIP DATE | TRACKING # | Case Ref. |
|---|---|---|
| 04/24/2009 | GRD109040466 | FELIPE REYES v. COLA |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/24/2009 | Mounting Only - Per Sq Ft | 8 | 2.00 | 16.00T |
| 04/24/2009 | Color Copies - 8 1/2" x 11" Documents | 35 | 0.79 | 27.65T |

APPROVED
MAY 07 2009
By:

Tax ID# 95-4384222

Thank You For Your Business

Marcos Carrillo

| | |
|---|---|
| SUBTOTAL | $43.65 |
| TAX (9.25%) | $4.04 |
| TOTAL | $47.69 |