# UNITED STATES DISTRICT COURT
## Central District of California

**FELIPE REYES, an individual**

V.

**CITY OF LOS ANGELES, et al.**

**BILL OF COSTS**

Case Number: **CV08-03672 SVW (RCx)**

Judgment having been entered in the above entitled action on **May 18, 2009** against **Plaintiff Felipe Reyes**, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) NO EXPEDITE FEES | 575.86 / ~~1,000.66~~ |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) | 347.44 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case — *trial board disallowed <207* | 340.90 / ~~547.90~~ |
| Docket fees under 28 U.S.C. 1923 (if incurred) | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | |
| **TOTAL $** | **2,246.00** / 1,614.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to **Filed and served by e-filing.**

_/s/ (Signature of Attorney)_

**Colleen R. Smith**
Name of Attorney

For: **Defendants City of Los Angeles, Victor Martinez & Brian Reynolds**     Date: **May 28, 2009**
Name of Claiming Party

Costs are taxed in the amount of **$1614.90**

**TERRY NAFISI**                 By: _Robert Bolton_   6/18/09
Clerk of Court                         Deputy Clerk ROBERT BOLTON    Date